# United States Bankruptcy Court
## District of New Mexico

In re   __David J. Aji__               Case No. _____

                             Debtor(s)      Chapter    __7__ _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Northern Meadows, POA** | **Describe Property Securing Debt:**<br>**Personal Residence located at 344 Soothing Meadows Dr. NE, Rio Rancho NM 87144 subject to $150,000 lien held by Ocwen Loan Servicing, LLC and $700.00 homeowners insurance lien held by Norther Meadows, POA** |

Property will be (check one):
     ■ Surrendered                  ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                      ☐ Not claimed as exempt

Case 13-13423-t7    Doc 6    Filed 10/18/13    Entered 10/18/13 16:51:29 Page 1 of 2

B8 (Form 8) (12/08)

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Loan Servicing | **Describe Property Securing Debt:**<br>Personal Residence located at 344 Soothing Meadows Dr. NE, Rio Rancho NM 87144 subject to $150,000 lien held by Ocwen Loan Servicing, LLC and $700.00 homeowners insurance lien held by Norther Meadows, POA |

Property will be (check one):

■ Surrendered       □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt       □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Verizon Wireless | **Describe Leased Property:**<br>Cell Phone Contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     □ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **October 14, 2013** _____     Signature _____
                                             David J. Aji
                                             Debtor